UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANICE SMITH,

       Plaintiff,                                       Case No: 1:08-cv-152

v                                                      HON. JANET T. NEFF

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.
_____/

## JUDGMENT

Plaintiff seeks judicial review of a decision of the Commissioner of the Social Security Administration. 42 U.S.C. § 405(g). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation, recommending that this Court affirm the Commissioner's decision. The Report and Recommendation was duly served on the parties. No objections have been filed, see 28 U.S.C. § 636(b)(1), and the Court issues this Judgment pursuant to FED. R. CIV. P. 58.

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 8) is APPROVED and ADOPTED as the opinion of the Court and the decision of the Commissioner of Social Security is AFFIRMED.


Dated: February 13, 2009                              /s/Janet T. Neff
                                                                    JANET T. NEFF
                                                                    United States District Judge